Appeal NO. 5-15-00525-CV

Donald Davis                  §        IN THE
APPELLANT                     §
                              §        5TH COURT OF APPEALS
v.                            §
                              §
Attorney General              §        DALLAS, TEXAS
APPELLEE                      §

---

### Appellant's Second Motion For Extension Of Time To File A Completed Supplemented Appellant's Brief

---

TO THE HONORABLE COURT OF APPEALS:

Come now, the appellant, Donald Davis, moves the court for extension of time to file a completed supplemented appellant's brief appealing the 301ST district court judgment and order entered 1-29-15 for reasons as follows:

## I.
### Facts Of Case

On 7-8-15 appellant received the appellate clerk's notice to file appellant's brief with an extension motion within (10) days, indicating that the time period for filing appellant's brief had expired, even though, the appellant wasn't notified of the filing of the clerk's records or provided with a copy of the records and transcript, informing that appeal would be dismissed if appellant did not comply. In compliance with appellate clerk's notice an inadequate and incomplete appellant brief was mailed to the appellate clerk with extension motion on 7-10-15. On 7-14-15 the appellate court directed the clerk to send the appellant a paper copy of the clerk's records, which was received by appellant on 7-17-15. However, the clerk's record received is deficient and inadequate for this appeal for pertinent and material items is omitted from the appellate record. The omitted items missing from the records that are necessary and pertinent for this appeal are identified in appellant's motion to supplement the clerk's record for omitted items mailed to appellate clerk on 7-20-15. The court has permitted one extension thus far, because the appellant wasn't notified of the filing of the clerk's record or provided with a copy of the records and transcript timely, only when the court's 7-14-15 order did the clerk provide the appellant with copy of records and transcript.

## II.
## Arguments And Authorities

The court may extend time to file the appellant's brief under the authority of Rule 38.6(d) TRAP. The appellant cannot file an adequate and complete appellant brief until the 301ST district clerk supplement the clerk's records with the omitted items necessary for this appeal to be had, and provide the appellant with copy of the records and transcript so that the incomplete and inadequate appellant brief can be supplemented re correct reference within the records. All problems that has come about concerning the records are not those attribruted to the appellant. Appellant has repeatedly tried to obtain the records and transcript from the district clerk.

## III.
## Prayer For Relief

WHEREFORE, PREMISES CONSIDERED, appellant ask that the court grant this motion, and request (20) days to file the completed and adequate appellant's brief or supplement brief after the 301ST district clerk has supplemented the clerk's records with the omitted items providing the appellant with copy of the supplemented records and transcript, and any other and further relief the appellant may have shown itself entitled.

Signed this 20th day of July, 2015.

_Donald Davis_
Donald Davis
TDCJ ID# 1326046
Robertson Unit
12071 FM 3522
Abilene, TX 79601

(2)

## IV.
## Verification

I have read the foregoing Appellant's Motion For Extension Of Time To File A Completed Supplemented Appellant's Brief, and swear under penalty of perjury the facts within is true and correct pursuant to Title 6 of Tex. Civ. Prac. & Rem. Code §132.001-.003 signed this 20th day of July, 2015.

Donald Davis
TDCJ ID# 1326046
Robertson Unit
12071 FM 3522
Abilene, TX 79601


## V.
## Certification Of Conference

Donald Davis certify that he is a prisoner of Texs confined within the Texas Department of Criminal justice at the Robertson Unit, is unable to confer with the appellee before filing motion for extension of time to file appellant's brief to determine whether motion will be opposed signed this 20th day of July, 2015.

Donald Davis
TDCJ ID# 1326046
Robertson Unit
12071 FM 3522
Abilene, TX 79601

(3)

## Certificate Of Service

Donald Davis certify that on the 20th day of July, 2015 he mailed copy of Appellant's Second Motion For Extension Of Time To File A Completed Supplemented Appellant's Brief to: Rande K. Herrell Attorney General Child Support Division P.O. Box 12017 (MC 038-1) Austin, TX 78711 by placing same in mailbox at the Robertson Unit.

Donald Davis
TDCJ ID# 1326046
Robertson Unit
12071 FM 3522
Abilene, TX 79601

Donald Davis
TDCJ ID # 1326046
Robertson Unit
12071 FM 3522
Abilene, TX 79601

Special/Legal:

ABILENE TX 796
21 JUL 2015 PM 2 T

7520234653

Lisa Matz, Clerk
5th Court of Appeals
600 Commerce St. Suite 200
Dallas, TX 75202

